**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | | |
|---|---|---|
| NATHAN IVAN YOUNG, | ) | NO. SACV 15-01654-JLS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STEVEN J. SENTMAN, Chief Probation Officer, or SANDRA HUTCHENS, Orange County Sheriff-Coroner, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 30, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE